

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-12-2007

# Nara v. Frank

Precedential or Non-Precedential: Precedential

Docket No. 05-4779

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Nara v. Frank" (2007). *2007 Decisions.* Paper 846.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/846

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-4779
_____

JOSEPH NARA

v.

FREDERICK FRANK,

Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 99-cv-00005)
District Judge:  The Honorable Terrence F. McVerry

Argued on October 26, 2006
BEFORE: SMITH, WEIS, and NYGAARD, <u>Circuit</u> <u>Judges</u>.

(Filed May 8, 2007)

ORDER AMENDING OPINION
(Filed June 12, 2007)
_____

NYGAARD, *Circuit Judge:*

It is now ordered that the published Opinion in the above case, filed on May 8, 2007, is hereby amended as follows:

At page 13, line 26, insert the following:

"First, the District Court found that the Magistrate Judge served the R&R upon Mr. Nara and the Commonwealth's attorneys by first-class mail. The Commonwealth has presented no evidence to the contrary."

In the next sentence, delete "First" and insert "Second."

At page 14, line 4, delete "Second" and insert "Finally."



By the Court,

/s/ Richard L. Nygaard
Circuit Judge